UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR08-212-RAJ |
| v. | ) **DETENTION ORDER** |
| ZACHARY JOSEPH NAMIE, | ) |
| Defendant. | ) |

Offenses charged:

Conspiracy to Commit Wire Fraud and Wire Fraud.

Date of Detention Hearing:  August 27, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

On June 19, 2008 the Court released Mr. Namie on bond and placed him on pretrial supervision. On January 15, 2010, pretrial services reported Mr. Namie had used Oxycodone in

DETENTION ORDER - 1

1  violation of his bond.  On May 17, 2010 Mr. Namie admitted he violated conditions of his bond

2  by failing to submit to drug testing in April 2010 and failing to report to pretrial services.  In

3  May 2010, the Court issued a warrant for Mr. Namie's arrest based on the allegation he had used

4  Oxycodone again.  Mr. Namie appeared before the Court on June 3, 2010 and was released to

5  supervision.  On June 22, 2010, the Court held a status hearing and directed Mr. Namie to obtain

6  an appointment with a substance abuse counselor.  On August 27, 2010, Mr. Namie admitted to

7  using Oxycodone on July 21, 2010 in violation of his bond.

8       Mr. Namie has a serious substance abuse problem and has been unable to stop using drugs

9  despite being admonished by the Court, arrested for bond violations, appearing for status

10  hearings and being supervised by a pretrial officer.

11       It is therefore ORDERED:

12       (1)      Defendant shall be detained pending trial and committed to the custody of the

13  Attorney General for confinement in a correctional facility separate, to the extent practicable,

14  from persons awaiting or serving sentences, or being held in custody pending appeal;

15       (2)      Defendant shall be afforded reasonable opportunity for private consultation with

16  counsel;

17       (3)      On order of a court of the United States or on request of an attorney for the

18  Government, the person in charge of the correctional facility in which Defendant is confined

19  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

20  connection with a court proceeding; and

21       (4)      The clerk shall direct copies of this order to counsel for the United States, to

22  ///

23  ///

DETENTION ORDER - 2

1 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

2 Officer.

3     DATED this 27th day of August, 2010.

4

5     _____

6     BRIAN A. TSUCHIDA
      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 3